**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7817**

DANIEL TAYLOR,

Plaintiff - Appellant,

v.

J. ELY,

Defendant - Appellee.

**No. 20-7826**

DANIEL TAYLOR,

Plaintiff - Appellant,

v.

J. ELY,

Defendant - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:20-cv-00446-EKD-JCH)

Submitted:  May 25, 2021                    Decided:  May 27, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Taylor appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b) and denying his Fed. R. Civ. P. 59(e) motion. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *Taylor v. Ely*, No. 7:20-cv-00446-EKD-JCH (W.D. Va. Sept. 30, 2020; Nov. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*